**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Eloy CANO-ZENDEJO, Defendant-Appellant.**

No. 03–50050
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

---

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Eloy Cano–Zendejo, pro se, Big Spring, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

Alberto M. Ramon, retained appellate counsel for Eloy Cano–Zendejo, has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although he was notified of his counsel's motion, Cano has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities herein. The appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

